912

No. 529.  Downey v. Beck.

*Per Curiam:* The petition for writ of certiorari is granted.  The judgment is vacated and the case is remanded to the Court of Appeals for further consideration in the light of *Beck* v. *West Coast Life Ins. Co.*, decided by the Supreme Court of California on March 21, 1952, 38 Cal. 2d 643, 241 P. 2d 544.  *Morris Lavine* for petitioner.  *Thomas S. Tobin* for respondent.

No. 635.  Anderson et al. v. Jordan, Secretary of State of California.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed.  See *MacDougall* v. *Green*, 335 U. S. 281 (1948); *Colegrove* v. *Green*, 328 U. S. 549 (1946); *Wood* v. *Broom*, 287 U. S. 1 (1932).  Mr. Justice Black and Mr. Justice Douglas dissent.  *John W. Preston* for appellants.  *Edmund G. Brown*, Attorney General of California, and *Leonard M. Friedman*, Deputy Attorney General, for appellee.

No. 577.  Biggs v. Plebanek et al.  Motion for judgment and costs denied.  Petition for writ of certiorari to the Supreme Court of Illinois also denied.

No. 578.  Biggs v. Schwartz et al.  Petition for injunction, for judgment, and other relief denied.  Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit also denied.